IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 13-cv-00116-PAB-BNB

GINA POTTER,

Plaintiff,

v.

SALIDA POLICE DEPARTMENT,
OFFICER RUSSELL JOHNSON,
ANNA MARIE SMITH, an individual, and
DTJ INVESTMENT, LLC, d/b/a Comfort Inn,

Defendants.

_____

**ORDER**
_____

This matter arises on the **Motion to Withdraw As Counsel** [Doc. # 6, filed 2/7/2013] (the "Motion to Withdraw") by plaintiff's counsel. I held a hearing on the Motion to Withdraw this afternoon and made rulings on the record, which are incorporated here.

IT IS ORDERED:

(1)  The Motion to Withdraw [Doc. # 6] is GRANTED. Mr. Viorst of the Viorst Law Offices, P.C., is relieved of any continuing responsibility in the case.

(2)  The plaintiff is cautioned that she personally is responsible for complying with all court orders and time limitations established by any applicable rules. See D.C.COLO.LCivR 83.3D.

(3)  The plaintiff may have an extension of time to and including May 31, 2013, within which to make service of process.

(4)  The scheduling conference set for April 8, 2013, at 11:00 a.m., is VACATED and

RESET to July 17, 2013, at 9:00 a.m., in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.  The parties shall prepare a proposed scheduling order and submit it to the court on or before July 10, 2013.

Dated March 13, 2013.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge