IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 13-cv-00116-PAB-NYW

GINA POTTER,

    Plaintiff,

v.

SALIDA POLICE DEPARTMENT OFFICER RUSSELL JOHNSON,
ANNA MARIE SMITH, an individual, and
DTJ INVESTMENT, LLC, d/b/a Comfort Inn,

    Defendants.

---

## ORDER

---

This matter is before the Court on its Order to Show Cause dated March 17, 2015. Docket No. 41. The Court ordered plaintiff to show cause on or before March 27, 2015 why this case should not be dismissed for lack of prosecution. Having received no response from plaintiff, it is

**ORDERED** that this case is dismissed without prejudice for lack of prosecution. It is further

**ORDERED** that, within 14 days of the entry of judgment, defendants may have their costs by filing a bill of costs with the Clerk of the Court. It is further

**ORDERED** that this case is closed.

DATED March 31, 2015.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge